-O- J-S6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS SILVA MARTINEZ,                    )          Case No. SACV 09-801-DDP  (OP)
                                         )
                                         )          J U D G M E N T
                    Petitioner,          )
                                         )
          v.                             )
                                         )
JAMES WALKER,  Warden,                   )
                                         )
                                         )
                    Respondent.          )
_____)

          Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

          IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.

DATED:   8/12/11

                                         _____
                                         HONORABLE DEAN D. PREGERSON
                                         United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge